UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, *on behalf of himself*
*and all others similarly situated*,
                                                Plaintiff,

                         -v-

ARTISANAL CHEESE, LLC,
                                                Defendant.

24-CV-1766 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

        Plaintiff Andrew Toro filed a complaint on March 7, 2024.  (ECF No. 1.)  Defendant

Artisanal Cheese, LLC was served on April 5, 2024, and a response to the complaint was due by

April 26, 2024.  (ECF No. 6.)  Defendant has not entered an appearance, however, and no

response to the complaint has been filed.  Plaintiff has not moved for a default judgment.

        Plaintiff is directed to notify the Court whether it intends to move for default judgment,

or if it has received any communication from Defendant or Defendant's counsel regarding a

response to the complaint.

        If Plaintiff fails by June 7, 2024 to either (1) file a letter concerning the status of the case,

or (2) move for default judgment against Defendant, the action may be dismissed for failure to

prosecute.

        Plaintiff is directed to serve a copy of this order by mail on Defendant.

        SO ORDERED.

Dated: May 17, 2024
        New York, New York

_____
          J. PAUL OETKEN
     United States District Judge